ACCEPTED
1-14-00928-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 8:52:38 PM
CHRISTOPHER PRINE
CLERK

No. 1-14-00928-CV

In the

Court of Appeals for the

First Court of Appeals District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 8:52:38 PM
CHRISTOPHER A. PRINE
Clerk

Douglas Moran, Royal Bodkin, LLC

and Woolworth Interest, LLC,

Appellants

vs.

Richard Williamson d/b/a Williamson Realty,

Appellee

## Notice of Bankruptcy

To the Clerk of the First Court of Appeals:

Pursuant to Rule 8.1 of the Texas Rules of Appellate Procedure, the Appellee, Richard Williamson d/b/a Williamson Realty, files this notice that two of the Appellants, Royal Bodkin, LLC and Woolworth Interest, LLC, are in bankruptcy.

The details required by Rule 8.1 are set out below:

(1) Royal Bodkin, LLC
United States Bankruptcy Court for the Southern District of Texas, Houston Division
*In re: Royal Bodkin, LLC, Debtor*
Case No. 15-32065-H1-11
Date of Petition: April 10, 2015.
*See* Notice attached as Exhibit A.

(2)   Woolworth Interest, LLC
United States Bankruptcy Court for the Southern
District of Texas, Houston Division
*In re: Woolworth Interest, LLC, Debtor*
Case No. 15-32067-H3-11
Date of Petition: April 10, 2015.
*See* Notice attached as Exhibit B.

On May 1, 2015, the Bankruptcy Court in *In re Royal Bodkin, LLC*, entered an Order that the Chapter 11 case of Woolworth Interest, LLC, Case No. 15-32067-H3-11 shall be jointly administered with the Chapter 11 case of Royal Bodkin, LLC, Case No. 15-32065-H1-11.

The automatic stay provided by 11 U.S.C.A. § 362(a) is effective only as to Appellants Royal Bodkin, LLC and Woolworth Interest, LLC; and the remaining appellant, Douglas Moran, cannot benefit from the stay. *See In re Sw. Bell Tel. Co.*, 35 S.W.3d 602, 604 (Tex. 2000).

If and when a motion for relief from automatic stay is granted by the Bankruptcy Court with respect to debtor Appellants Royal Bodkin, LLC and Woolworth Interest, LLC, a motion to reinstate may be filed pursuant to Rule 8.3(a) of the Texas Rules of Appellate Procedure, In any event, however, the appeal as to non-debtor Appellant Douglas Moran is not subject to

the automatic stay under the Bankruptcy Code and this appeal is subject to reinstatement as to Moran upon severance of the bankrupt parties pursuant to Rule 8.3(b) of the Texas Rules of Appellate Procedure.

Respectfully submitted,

By: /s/ C. Alfred Mackenzie
C. Alfred Mackenzie
State Bar of Texas No. 12761550

C. Alfred Mackenzie,
Attorney at Law
P.O. Box 2003
Waco Texas 76703
(254) 848-9800
(254) 848-9974 (facsimile)
AMackenzie@Texas-Appeals.com

and

Randall S. Perrier
Texas Bar No. 24037266
4606 FM 1960 West, Suite 101
Houston, Texas 77069
Tel. (281) 440-8066
Fax. (832) 201-7920
Email: randall@perrierlaw.com

Counsel for Richard Williamson
d/b/a Williamson Realty

## Certificate of Service

The undersigned counsel certifies that, on this 5th day of May 2015, this Notice of Appearance is being served electronically on the following party or counsel of record:

Ben A. Baring, Jr.  Attorney for Appellants
bbaring@dhmtlaw.com
R. Travis Piper
tpiper@dhmtlaw.com
DeLange, Hudspeth, Mcconnell & Tibbets, L.L.P.
1177 West Loop South, Suite 1700
Houston, TX 77027

/s/ C. Alfred Mackenzie
C. Alfred Mackenzie



# Exhibit A

United States Bankruptcy Court
Southern District of Texas

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed
under Chapter 11 of the United States Bankruptcy Code, entered
on 04/10/2015 at 2:39 PM and filed on 04/10/2015.

**Royal Bodkin, LLC**
5315B Cypess Creek Parkway 171
Houston, TX 77069
Tax ID / EIN: 26-3636952

**Woolworth Interest, LLC**
5315 Cypress Creek Parkway 171
Houston, TX 77069
Tax ID / EIN: 45-0671179

The case was filed by the debtor's attorney:

**Reese W Baker**
Baker & Associates
5151 Katy Freeway
Ste 200
Houston, TX 77007
713-869-9200

The case was assigned case number 15-32065 to Judge Marvin Isgur.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or
not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a
debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to
determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at
our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court,
PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**David J. Bradley**
**Clerk, U.S. Bankruptcy Court**

<table>
<tr><td colspan="4" align="center">**PACER Service Center**</td></tr>
<tr><td colspan="4" align="center">**Transaction Receipt**</td></tr>
<tr><td colspan="4" align="center">05/05/2015 18:48:33</td></tr>
<tr><td>**PACER Login:**</td><td>am7725:3747189:0</td><td>**Client Code:**</td><td>Williamson</td></tr>
<tr><td>**Description:**</td><td>Notice of Filing</td><td>**Search Criteria:**</td><td>15-32065</td></tr>
<tr><td>**Billable Pages:**</td><td>1</td><td>**Cost:**</td><td>0.10</td></tr>
</table>



# Exhibit B

United States Bankruptcy Court
Southern District of Texas

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/10/2015 at 2:52 PM and filed on 04/10/2015.

**Woolworth Interest, LLC**
5315 Cypress Creek Parkway 171
Houston, TX 77069
Tax ID / EIN: 45-0671179

The case was filed by the debtor's attorney:

**Reese W Baker**
Baker & Associates
5151 Katy Freeway
Ste 200
Houston, TX 77007
713-869-9200

The case was assigned case number 15-32067 to Judge Marvin Isgur.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David J. Bradley**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/05/2015 18:50:18 | | | |
| **PACER Login:** | am7725:3747189:0 | **Client Code:** | Williamson |
| **Description:** | Notice of Filing | **Search Criteria:** | 15-32067 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |